FILED
2022 Sep-07  PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| GREGORY MCGUFFIE, | CIVIL ACTION NO.: |
| Plaintiff, | 7:21-cv-00952-LSC |
| v. | |
| QUALITY COUNTS, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Gregory McGuffie and Defendant, Quality Counts, Inc., by counsel, stipulate and agree that this cause and all claims made herein be dismissed with prejudice.[1]  Each party shall bear its own attorneys' fees and costs incurred herein.

Respectfully Submitted,


*/s/ Micah S. Adkins*
Micah S. Adkins
(ASB-8639-I48A)
THE ADKINS FIRM, P.C.
One Lincoln Centre
5400 LBJ Fwy., Suite 1200
Dallas, TX 75240
(214) 974-4030/(615) 370-4099
micahadkins@itsyourcreditreport.com

*/s/ Joseph L. Gentilcore*
Joseph L. Gentilcore (PHV)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jgentilcore@consumerlawfirm.com
*Attorneys for Plaintiff*

---

[1] This stipulation of dismissal renders the Motion for Summary Judgment (ECF No. 12) moot.

*/s/ Robert M. Ronnlund*
*(with consent)*
Robert M. Ronnlund
SCOTT  SULLIVAN  STREETMAN  &
FOX PC
P.O. Box 380548
Birmingham, AL 35238
T: (205) 967-9675
F: (205) 967-7563
ronnlund@sssandf.com
*Counsel for Quality Counts, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Robert M. Ronnlund
SCOTT SULLIVAN STREETMAN & FOX PC
P.O. Box 380548
Birmingham, AL 35238

*/s/ Micah S. Adkins*
Micah S. Adkins