# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| GREGORY MCGUFFIE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>QUALITY COUNTS, INC., )<br>)<br>Defendant. ) | 7:21-cv-00952-LSC |

## Order

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 13) filed on September 7, 2022. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on September 8, 2022.

_____
L. Scott Coogler
United States District Judge

194800